UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON THOMAS PARSONS,

          Plaintiff,

   v.

SAN JOSE POLICE DEPARTMENT, et al.,

          Defendants.

Case No. 22-cv-04691-WHO (PR)

**ORDER OF DISMISSAL**

    Plaintiff Jason Thomas Parsons has not filed an amended complaint as ordered despite being given an extension of time.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

    Because this dismissal is without prejudice, Parsons may move to reopen.  Any such motion must have the words MOTION TO REOPEN written on the first page, and must contain an amended complaint.

    The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:** May 8, 2023



WILLIAM H. ORRICK
United States District Judge